FILED
CLERK U.S. DISTRICT COURT

AUG 1 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DIRECTV, INC., a California corporation,

Plaintiff,

v.

SUPHAMAI BUNNAPRADIST;
ANTHONY RODRIGUEZ; SCOTT WEBB;
MARK CALDWELL; ALEX CALDER,

Defendants.

CASE NO.: CV-03-3399 SVW (SHSx)

(PROPOSED) REVISED FINAL JUDGMENT FILED BY PLAINTIFF DIRECTV, INC. REGARDING DAMAGES AND ATTORNEYS' FEES ASSESSED AGAINST DEFENDANT SCOTT WEBB

Based on the Court's previously filed Order Denying Attorneys' Fees on Appeal and Denying Defendant's Motion for Reduction of Attorneys' Fees at Trial dated July 30, 2009 (Doc. # 153), and the Ninth Circuit mandate, the Court enters this revised judgment in favor of Plaintiff DIRECTV and against Defendant Scott Webb as follows:

I.  **Statutory Damages and Attorneys' Fees and Costs.**

   A.  For one violation of 47 U.S.C. §605(a), statutory damages of $1,000.00 for the violation.

   B.  For one violation of 18 U.S.C. §2511, statutory damages pursuant to 18 U.S.C. §2520 of $123,700.00 based upon $100 a day for each day of violation, with said damages commencing on August 31, 2000 and ending on January 20, 2004.

C. Plaintiff DIRECTV is awarded its costs and attorneys' fees as authorized by 47 U.S.C. §605 and 18 U.S.C. §2520 in the amount of $69,681.20.

D. Accordingly, the total revised judgment amount entered in favor of Plaintiff DIRECTV and against Defendant Webb, including attorneys' fees and costs, is $194,381.20.

E. Interest on this revised judgment amount shall accrue at the federal rate from June 26, 2004, which is the date of entry of the original Order of Judgment assessing damages against Defendant Webb.

## II. Equitable Relief.

The Court's previous grant of equitable relief against Defendant Webb and in favor of DIRECTV set forth in its Order dated June 26, 2004 was not challenged or disturbed on appeal and remains in effect, and is incorporated herein by reference.

DATED: August 10, 2009.

Honorable Stephen V. Wilson
United States District Court Judge